IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELITE EDGE ACQUISITIONS LLC, § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| V. § | Civil Action No. 3:25-CV-1510-X-BN | |
| § | | |
| KIAVI FUNDING, INC., § | | |
| *Defendant.* § | | |
| § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should deny Plaintiff Elite Edge Acquisitions LLC's motion for leave to respond (Doc. No. 21), grant in part Defendant Kiavi Funding, Inc.'s motion to dismiss (Doc. No. 6), dismiss Elite Edge's complaint (Doc. No. 1) with prejudice as to its Texas Property Code § 51.002 claim and without prejudice as to its wrongful foreclosure claim, and grant Elite Edge leave to amend its wrongful foreclosure claim by a reasonable deadline to be set by the Court. *See* Doc. No. 26.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Elite Edge Acquisitions LLC shall have until January 14, 2026 to file an amended complaint addressing the deficiencies identified by Magistrate Judge

Horan's order. The changes Elite Edge may make in that pleading are limited to curing the defects Magistrate Judge Horan's order identifies. Elite Edge may not add new claims or parties in the amended pleading.

**SO ORDERED** this 17th day of December, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE